# 952 CASES REPORTED WITH BRIEF SYLLABI.

No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Edith L. Sasse, Respondent, v. Order of United Commercial Travelers of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

David H. Hyman, Appellant, v. John Dunston, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order for examination reinstated, the date for the examination to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

In the Matter of The City of New York, Respondent, Relative to Acquiring Title, etc., to Belmont Avenue. Bazena T. D. Merriman, Petitioner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Vincenzo Carmisciano, Appellant, v. Mason-Seaman Transportation Company, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to that extent denied. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

George P. Fox, as Administrator, etc., v. The City of New York.— Motion denied on condition stated in order. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Joseph L. Kernan v. Warren A. Miller and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Jonas W. Harburger v. Bernard Levy.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

William P. Fisher v. Mechanics and Metals National Bank.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

McKie B. Hopkins v. John R. Hopkins.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Luigi Torregiani and Another v. Michael Attanasio and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Dorothy Gutman v. Isaac Schreiber and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Dorothy Gutman v. Isaac Schreiber and Others.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin and Scott, JJ.; Page, J., not sitting.

. John Miller v. William Lohrman and Another. — Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.